**David A. BARDES, individually, as a taxpayer, Plaintiff–Appellant,**

**v.**

**L. Patrick AULD, Magistrate Judge; Catherine C. Eagles, District Judge; Patrick Michael Duffy, Senior U.S. District Judge; Robert Carr, Ex–Magistrate Judge, in their individual and official capacities; US Courts; United States of America; US Department of Justice; John and Jane Does, Defendants–Appellees.**

No. 15–2396.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 14, 2016.

Decided: Jan. 19, 2016.

David A. Bardes, Appellant Pro Se.

Before AGEE, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David A. Bardes appeals the district court's orders dismissing his civil complaint as frivolous and denying his motion for reconsideration. *See* Fed.R.Civ.P. 59(e). We have reviewed the record and find no reversible error. Accordingly, we affirm. *See Bardes v. Auld,* No. 1:15–cv–00214–MR–DLH, 2015 WL 5796466 (W.D.N.C. Oct. 2, 2015 & Nov. 10, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*